UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PAULINE MCLEOD,                                             Case No. 6:14-bk-01081-ABB

___Debtor._____/

### 3001(c) OBJECTION TO CLAIM #5-1 OF TD BANK USA, N.A.

COMES NOW the Debtor, PAULINE MCLEOD, by and through the undersigned attorney, and file this Objection to the Claim of Creditor, TD BANK USA, N.A., and in support thereof state as follows:

1. The Creditor filed a claim in the amount of $ 6,535.77 consisting of a general unsecured claim in the amount of $ 6,535.77 (Claim No. 5-1) on February 21, 2014.

2. The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3. The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtors, by and through the undersigned attorney, request an Order sustaining this objection and disallowing Claim No. 5-1 of TD BANK USA, N.A. in its entirety because there is not adequate documentation of the debt attached to said claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 17th day of June, 2014, to Creditor TD BANK USA, N.A. C O Weinstein, Pinson, And Riley, PS ATTN: Larry E. Johnson, 2001 WESTERN AVENUE, STE 400; SEATTLE, WA 98121; and, Creditor, TD BANK USA, N.A. C O Weinstein, Pinson, And Riley, PS Attn: Officer, Manager or Registered Agent, 2001 WESTERN AVENUE, STE 400; SEATTLE, WA 98121.

  /s/ Charles W. Price_____
CHARLES W. PRICE, ESQ.
390 Maitland Ave., #1000
Altamonte Springs, FL  32701
Counsel for Debtor
(407) 834-0090, (407) 386-7610 (fax)
Fla. Bar No. 870862