UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PAULINE R MCLEOD,                                     Case No. 6:14-bk-01081-ABB

　　Debtor.　　　　　　　　　　　　／

### 3001(c) OBJECTION TO CLAIM #9-1 OF ALTAIR OH XIII, LLC

COMES NOW the Debtor, PAULINE R MCLEOD, by and through the undersigned attorney, and file this Objection to the Claim of Creditor, ALTAIR OH XIII, LLC, and in support thereof state as follows:

1.　　The Creditor filed a claim in the amount of $ 672.58 consisting of a general unsecured claim in the amount of $ 672.58 (Claim No. 9-1) on March 4, 2014.

2.　　The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3.　　The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtors, by and through the undersigned attorney, request an Order sustaining this objection and disallowing Claim No. 9-1 of ALTAIR OH XIII, LLC in its entirety because there is not adequate documentation of the debt attached to said claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 17th day of June, 2014, to Creditor ALTAIR OH XIII, LLC C O Weinstein, Pinson, And Riley, PS ATTN: Larry E. Johnson, 2001 Western Avenue, Ste 400; Seattle, WA 98121; and, Creditor, ALTAIR OH XIII, LLC C O Weinstein, Pinson, And Riley, PS Attn: Officer, Manager or Registered Agent, 2001 Western Avenue, Ste 400; Seattle, WA 98121.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Charles W. Price　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　CHARLES W. PRICE, ESQ.
　　　　　　　　　　　　　　　　　　　　　　390 Maitland Ave., #1000
　　　　　　　　　　　　　　　　　　　　　　Altamonte Springs, FL  32701
　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor
　　　　　　　　　　　　　　　　　　　　　　(407) 834-0090, (407) 386-7610 (fax)
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 870862