UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PAULINE MCLEOD,                                              Case No. 6:14-bk-01081-ABB

____Debtor._____/

### 3001(c) OBJECTION TO CLAIM #13-1 OF CERASTES, LLC

COMES NOW the Debtor, PAULINE MCLEOD, by and through the undersigned attorney, and file this Objection to the Claim of Creditor, CERASTES, LLC, and in support thereof state as follows:

1. The Creditor filed a claim in the amount of $ 2,005.85 consisting of a general unsecured claim in the amount of $ 2,005.85 (Claim No. 13-1) on March 19, 2014.

2. The Creditor failed to attach adequate documentation supporting its Claim pursuant to F.R.B.P. 3001(c).

3. The Creditor does not have a prima facie valid claim and said Claim is fatally defective for failure to comply with this mandatory rule.

WHEREFORE, the Debtors, by and through the undersigned attorney, request an Order sustaining this objection and disallowing Claim No. 13-1 of CERASTES, LLC in its entirety because there is not adequate documentation of the debt attached to said claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically to Laurie K. Weatherford, Chapter 13 Trustee and by U.S. First Class Mail, postage prepaid, this 17th day of June, 2014, to Creditor CERASTES, LLC C O Weinstein, Pinson, And Riley, PS ATTN: Larry E. Johnson, 2001 Western Avenue, Ste 400; Seattle, WA 98121; and, Creditor, CERASTES, LLC C O Weinstein, Pinson, And Riley, PS Attn: Officer, Manager or Registered Agent, 2001 Western Avenue, Ste 400; Seattle, WA 98121.

    /s/ Charles W. Price
CHARLES W. PRICE, ESQ.
390 Maitland Ave., #1000
Altamonte Springs, FL 32701
Counsel for Debtor
(407) 834-0090, (407) 386-7610 (fax)
Fla. Bar No. 870862